```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
Nelson Robles,                                             :
                                                           :
                                Plaintiff,                 :
                                                           :         22-cv-7560 (VSB)
                -against-                                  :
                                                           :           ORDER
Ava Ava Bar & Grill LLC, and Carlton Bryan                 :
                                                           :
                                Defendant.                 :
                                                           :
----------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiffs filed this action on September 5, 2022, (Doc. 1), and returned the summons executed on October 3, 2022. (Doc. 6.) The deadline for Defendant Ava Ava Bar & Grill LLC was due October 17, 2022. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 31, 2022. If Plaintiff fail to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 24, 2022
    New York, New York

                     _____
                     VERNON S. BRODERICK
                     United States District Judge